UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CR-80076-CANNON/McCABE

IN RE:

SEALED INDICTMENT

_____/

**FILED BY** SW **D.C.**

May 29, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to unseal the Indictment and attached documentation filed under the above-referenced case number. The defendants have been notified of the pending indictment and have begun to schedule their initial appearances.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____ for

JONATHAN BAILYN
ASSISTANT UNITED STATES ATTORNEY
SDFL Court ID No. A5502602
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Jonathan.Bailyn@usdoj.gov