**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-CR-80076-Cannon/McCabe

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ELAINE ESCOE, ALFRED DAVIS,
CHER DAVIS, GINO JOURDAN,
LATOYA CLARK, and JAMES
MCGHOW,

     Defendants.

_____/

## DEFENDANT, CHER DAVIS' JOINT MOTION TO CONTINUE TRIAL

COMES NOW, the Defendant, Cher Davis, by and through undersigned counsel, joined by all parties to this action, and respectfully moves this Court to continue this matter for at least one hundred and twenty (120) days. As grounds:

1.    The Defendants are charged through an Indicted that was issued on or about May 22, 2025, with fifty-six fraud-based counts predicated upon allegations of PPP Loan fraud. **[DE 3]**. The alleged financial loss in the Indictment is approximately twenty-nine million dollars.

2.    This matter is currently set for Calendar Call on July 22 at 1:45pm and set on the trial docket beginning the week of July 28.

3.    The Government has provided two responses to the Discovery Order which includes thousands of files of financial documents, administrative documents, investigative documents, email/text communications, and similar information attendant to a fraud prosecution (currently more than 60,000 pages of documents in discovery). Defense counsels need sufficient time to review and investigate the information to discuss the matter with each respective

Defendant and prepare the case for trial. The current trial setting beginning the week of July 28-August 8 does not provide defense counsels with sufficient time to prepare given the voluminous discovery in this case.

4.      Each Defendant agrees to toll the time for speedy trial during the time period of this continuance.

5.      Undersigned has spoken with: Michael Harwin, Esq. who represents Defendant James McGhow; Michael Weinstein, Esq. who represents Defendant Gino Jourdan; Jonathan Friedman, Esq. who represents Defendant Latoya Clark; Jacob Cohen, Esq. who represents Defendant Alfred Davis; and AUSA Jonathan Bailyn, Esq. who all join in this motion to continue trial[1].

WHEREFORE, all Parties to this action respectfully request that this Court grant this Motion and continue the trial and all pretrial deadlines accordingly for a minimum of 120 days.

Respectfully submitted,

*/s/ Gregory J. Morse, Esq.*
Gregory J. Morse, Esq.
Morse Legal
2240 Palm Beach Lakes Blvd., Suite 300
West Palm Beach, FL 33409
T: (561) 651-4145
E-mail: greg@morselegal.com
FL Bar No.: 0505099
Attorney for Defendant C. Davis

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically according to CM/ECF guidelines established by U.S. District Court for the Southern District of Florida on July 1, 2025 on all counsels of record.

*/s/ Gregory J. Morse, Esq.*
Gregory J. Morse, Esq.

---

[1] Defendant Elaine Escoe is not a part of this motion because she is a fugitive and has not made an initial appearance or have a counsel of record.