**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 25-CR-80076-AMC**

**UNITED STATES**,

**v.**

**ELAINE ESCOE,**
**ALFRED DAVIS,**
**GINO JOURDAN,**
**CHER DAVIS,**
**LATOYA CLARK, and**
**JAMES McGHOW,**

      **Defendants**.

_____/

## MOTION TO TRANSFER DEFENDANT ELAINE ESCOE TO FUGITIVE STATUS

The United States of America moves to transfer the defendant Elaine Escoe to fugitive status.

1. Escoe is serving a term of supervised release following her conviction in *United States v. Escoe*, Case No. 9:24-cr-80010-MD.

2. On May 22, 2025, Escoe and her co-defendants were indicted in the Southern District of Florida for wire fraud and money laundering.  ECF No. 3.

3. The court scheduled Escoe's initial appearance for June 5, 2025.  ECF No. 21.

4. The U.S. probation officer overseeing Escoe's supervision notified her of the indictment and the scheduled court appearance.

5. On May 30, 2025, the U.S. probation officer met with Escoe in person, who confirmed she understood her obligation to appear.

6. On June 5, 2025, Escoe failed to appear before the court.

7. Since her failure to appear, the Government and the U.S. Probation Office have been unable locate Escoe.

-2-

The speedy trial clock does not begin to run until the last defendant is apprehended or transferred to fugitive status. *See United States v. Davenport*, 935 F.2d 1223, 1229 (11th Cir. 1991) (holding that the speedy trial clock did not begin to run until day after missing, indicted codefendants were transferred to fugitive status). To protect the constitutional speedy trial rights of the co-defendants, the defendant Elaine Escoe should be transferred to fugitive status.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY:   /s/ Jonathan Bailyn
Jonathan R. Bailyn, AUSA
Court ID No. A5502602
500 South Australian Ave, 4th Floor
West Palm Beach, Florida 33401
Phone: (561) 209-1050
jonathan.bailyn@usdoj.gov

-2-