UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-CR-80076-AMC

**UNITED STATES**,

v.

**ALFRED DAVIS,
CHER DAVIS, and
LATOYA CLARK,**

    **Defendants**.
_____/

## NOTICE OF PROPOSED WITNESS LIST AND EXHIBIT LIST

The United States of America hereby files this notice of proposed witness and exhibit list. The United States' proposed witness list is attached as Exhibit A. The United States' proposed exhibit list is attached as Exhibit B.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY:   /s/ Jonathan Bailyn
        Jonathan R. Bailyn, AUSA
        Court ID No. A5502602
        500 South Australian Ave, 4th Floor
        West Palm Beach, Florida 33401
        Phone: (561) 209-1050
        jonathan.bailyn@usdoj.gov