UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-CR-80076-AMC

**UNITED STATES**,

v.

**ALFRED DAVIS,
CHER DAVIS, and
LATOYA CLARK,**

    **Defendants**.

_____/

## UNITED STATES' PROPOSED WITNESS LIST

The United States of America hereby submits its list of witnesses whom it reserves the right to call in its case-in-chief at trial. The United States makes no representation regarding whether it has subpoenaed any witness for trial and reserves the right to call witnesses not listed.

1. Adam J. Weisenstine (FBI SA)
2. Aimee Meunier (Florida Department of Revenue)
3. Alfred C. Davis (Blackfire Transport LLC)
4. Anthony Venturino (Ventursolutions LLC)
5. Dariel Wells (Ice Collection & Co LLC)
6. Harrison Smalbach (Itria)
7. James McGhow
8. Jennifer Reynolds (I Love Lashez LLC)
9. John Diamond (Revenued)
10. Kimberly Davis (Booyah Pressure Cleaning LLC)

11. Lesley Jean Louis (Tax Express LLC)

12. Mark Berey (FBI TFO)

13. Nissen Liddiard (Celtic Bank)

14. Queen Lewis (Royal Sunflower Cleaning LLC)

15. Renee McClain (Internal Revenue Service)

16. Richard Davis (Booyah Pressure Cleaning LLC)

17. Sabrina Daly (SBA)

18. Spencer Lord (Cross River)

19. Teresa Young (Lavixx Solutions LLC)

20. Wonal Jean (USAO)