UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-CR-80076-AMC-2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALFRED DAVIS,

    Defendant.
_____/

## ALFRED DAVIS' PROPOSED VOIR DIRE QUESTIONS

The Defendant, **Alfred Davis ["Mr. Davis"]**, by and through his undersigned counsel, requests that the Honorable Court consider asking the following questions to potential jurors during the jury selection phase of the case:

1. During Covid times, did any of you individually or in a business capacity apply for any type of government loan to help you or your business make ends meet during the economic downturn?

    a. If your answer to this question is yes, did you apply for the individual/business loan yourself or did a third party apply for the loan on your behalf?

2. Did any of you work in the banking industry in any capacity both during and after Covid times?

    a. If your answer to this question is yes, did you participate in investigations dealing with Paycheck Protection Program (PPP), Economic Injury Disaster Loan (EIDL), or related types of fraud?

4. In this case, the Government may call witnesses who have already pled guilty to criminal charges and may be hoping for a reduced sentence based on their cooperation. Some people believe that this arrangement is inherently unfair because the witness might expect favorable treatment in exchange for their testimony. What are your views on this?

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>December 5, 2025</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

JACOB A. COHEN, ESQ.
Law Offices of Jacob A. Cohen, PLLC
750 South Dixie Highway
Boca Raton, FL 33432
Telephone 561-715-7866
E-mail – jacob@jacobcohenlaw.com

By: <u>/s/ Jacob A. Cohen, Esq</u>.
    Jacob A. Cohen, Esq.
    Fla. Bar No. 0162530