UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80076-AMC-2

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ALFRED DAVIS,

       Defendant.

_____/

### NOTICE OF STRIKING

The Defendant, **Alfred Davis**, by and through his undersigned counsel, provides notice that he is striking [DE 125] because the wrong pleading was inadvertently uploaded to CM/ECF. Instead of filing a Witness List, counsel mistakenly uploads a Proposed Voir Dire Question pleading that is already filed in [DE 113]. After the Notice of Striking is filed, counsel will immediately file a Witness List so that the record is accurate. Counsel apologizes to the Honorable Court for this error.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

JACOB A. COHEN, ESQ.
Law Offices of Jacob A. Cohen, PLLC
750 South Dixie Highway
Boca Raton, FL 33432
Telephone 561-715-7866
E-mail – jacob@jacobcohenlaw.com
By: /s/ Jacob A. Cohen, Esq.
    Jacob A. Cohen, Esq.
    Fla. Bar No. 0162530