UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-CR-80076-AMC

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ALFRED DAVIS,

       Defendant.

_____/

### ALFRED DAVIS' WITNESS LIST

The Defendant, **Alfred Davis,** by and through his undersigned counsel, provides notice that

he may call the following witness to testify on his behalf at the upcoming jury trial:

Mr. Maurice Symonette.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

JACOB A. COHEN, ESQ.
Law Offices of Jacob A. Cohen, PLLC
750 South Dixie Highway
Boca Raton, FL 33432
Telephone 561-715-7866
E-mail – jacob@jacobcohenlaw.com
By: /s/ Jacob A. Cohen, Esq.
    Jacob A. Cohen, Esq.
    Fla. Bar No. 0162530