UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80076-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                **DO NOT DESTROY**

**ALFRED DAVIS,**
**CHER DAVIS,**
**LATOYA CLARK,**

    Defendants.
_____/

**RESPONSE TO JURY NOTE**

Ladies and Gentlemen:

    You are directed to continue deliberating until 7 p.m. today. You shall not depart prior to that time. Continued deliberations, if applicable, to resume on Dec. 29, 2025.

_/s/ Aileen M. Cannon_                          12/22/25  5:01 P.M.
Judge Aileen M. Cannon                   Date/Time