**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80076-CR-CANNON**

**UNITED STATES OF AMERICA**,

v.

**ALFRED DAVIS**,

    Defendant.

_____/

**JUDGMENT OF ACQUITTAL AS TO COUNTS**
**FOUR THROUGH FOURTEEN AND SIXTEEN THROUGH TWENTY**

**THE DEFENDANT, Alfred Davis,** having been tried by jury, was found not guilty as to

Counts 4-14 and Counts 16-20 of the Indictment on December 22, 2025  [ECF No. 177].

Therefore, it is hereby **ORDERED AND ADJUDGED** that the Defendant is adjudged

**NOT GUILTY** of Counts 4-14 and Counts 16-20, and is hereby acquitted of those counts only.

**ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of January 2026.


**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**


cc:    counsel of record