**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80076-CR-CANNON**

**UNITED STATES OF AMERICA**,

v.

**LATOYA CLARK**,

    Defendant.

_____/

**JUDGMENT OF ACQUITTAL AS TO COUNTS THREE THROUGH TWENTY**

    **THE DEFENDANT, Latoya Clark,** having been tried by jury, was found not guilty as to Counts 3-20 of the Indictment on December 22, 2025  [ECF No. 179].

    Therefore, it is hereby **ORDERED AND ADJUDGED** that the Defendant is adjudged **NOT GUILTY** of Counts 3-20 and is hereby acquitted of those counts only.

    **ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of January 2026.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record