UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-CR-80076-AMC-2

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALFRED DAVIS,

      Defendant.

_____/

**ALFRED DAVIS'
SENTENCING MEMORANDUM AND
REQUEST FOR A DOWNWARD VARIANCE**

The Defendant, **Alfred Davis ["Mr. Davis"]**, by and through his undersigned counsel, files this request for a downward variance from the sentencing guidelines pursuant to *United States v. Booker*, 543 U.S. 220 (2005). Mr. Davis' presumptive sentencing guidelines imprisonment range is 235-293 months in the Federal Bureau of Prisons. [DE 216: ¶236]. Against the backdrop of the §3553 (a) sentencing factors, Mr. Davis humbly asks the Honorable Court to downwardly vary and to begin its sentencing analysis consistent with the arguments adduced in Mr. Davis' Objections to the Presentence Investigation Report where he argues that the presumptive sentencing guideline ranges at play in this case are either 168-210 months or 188-235 months, and not 235-293 months. [DE 228: Pg. 4]. Mr. Davis asks the Honorable Court to downwardly vary and impose a sentence well below 168 months that runs concurrent with the 75-month sentence that he is serving in Case No. 24-CR-20456-RAR-1.

**Synopsis of Mr. Davis' History and Characteristics**

| No. | Subject Matter | Factual Details |
|---|---|---|
| 1 | Birthplace | Miami, Florida |
| 2 | DOB | 1/17/1974 (52 Yrs old) |
| 3 | Education and Work Experience | Graduates Miami Edison Senior High School on 6-19-92. Variously Employed as a Landscaper, Inventory Clerk at Food Giant, and not so successful attempts at being an entrepreneur. |
| | Family | |
| 4 | Mother | Ms. Cynthia Louis Stuckey. 68 Yrs Old. Resides in Miami, Florida. Burger King retired General Manager. Battles with arthritis and high blood pressure. |
| 5 | Father | Mr. Alfred Davis. 67 Yrs Old. Resides in Miami, Florida. Worked as a Landscaper and Painter. Disabled because of an unspecified immune system condition. |
| 6 | Sister | Ms. Kimberly Davis. 50 Yrs Old. Resides in Miami, Florida. Homemaker with five (5) Children. |
| 7 | Brother | Mr. Leroy Davis. 45 Yrs Old. Resides in Miami, Florida. Employed as a Landscaper. |
| 8 | Paternal Brother | Mr. Lenorris Davis. In his 30's. Resides in Miami, Florida. Works as Subway Sub Manager. |
| 9 | Son | Mr. Malcolm Davis. 31 Yrs Old. Electrician. Resides in Delray Beach, Florida. Barbara Marx-Ilijic. |
| 10 | Son | Mr. Joshua Davis. 27 Yrs Old. Civil Engineer. Resides in Miami, Florida. |
| 11 | Son | D.Z.D. 10 Yrs Old. Resides in Miami, Florida. |
| 12 | Son | I.D. 8 Yrs Old. Resides in Miami, Florida |
| | Ties to Community | |
| 13 | Miami-Dade County | Mr. Davis's community roots are continuously in Miami-Dade, Florida. |

Sentencing Letters
Providing Deeper Insight into
Mr. Davis' Positive Character Attributes

### Letter 1

Dear Judge Cannon, my name is <u>Cindy Oliver</u>, and I am Alfred Davis' niece.  I am writing this letter to share my perspective on my uncle, a man I have known for over twenty years, and who has been a consistent presence in my life. Throughout the years, I have come to know him as someone who values honesty, integrity, and doing what is right with respect to his family. My uncle has always shown a strong sense of responsibility, not only to his immediate family but to the broader community as well. I have personally seen the ways he has stepped in to support others, often without being asked. His actions reflect a genuine selflessness and a willingness to put others before himself. One of the most important qualities he has demonstrated is accountability. He understands the importance of owning his actions and learning from them. Rather than making excuses, he reflects and works towards being better. This is something that has always stood out to me and has influenced how I approach my own life. He is also a person of discipline and restraint. He is thoughtful in his decisions and mindful of the consequences, showing a level of maturity and self-control that many people strive to achieve. These qualities are not temporary; they are part of who he is at his core. I believe deeply in the idea of second chances, especially for someone like my uncle who has shown the ability to grow, to reflect, and to remain grounded in his values. He has the character and determination to move forward in a positive and meaningful way. Thank you for your time and consideration.

### Letter 2

Dear Judge Cannon, my name is <u>Nickie Oliver</u>, and I am writing this letter on behalf of my uncle, Alfred Davis, to share my perspective on his character as a person. My uncle has always been an important part of our family. He has shown love, support, and guidance to those around him, especially during difficult times. He has always been someone we could depend on, and he has had a strong presence in the lives of his family members. While I understand the seriousness of the situation he is facing, I would like the Court to know that he is more than the mistakes or circumstances that brought him here today. He has qualities that reflect kindness, loyalty, and compassion. He has always cared deeply about his family and makes efforts to support and encourage those close to him. Throughout the years, I have known him to be respectful, hardworking, and someone who values family relationships. He has impacted many people in a positive way, and I believe he still has the ability to grow, learn, and become a better person moving forward. I respectfully ask the Court to consider his character, his family support system, and his potential for rehabilitation when deciding a just sentence. We continue to stand by him and hope for an outcome that allows him the opportunity to rebuild his life and contribute positively to the future. Thank you, Your Honor.

Letter 3

Dear Judge Cannon, my name is <u>Brittney Oliver</u>, and I am writing to you in support of my uncle, Alfred Davis, as you consider his case. I understand the seriousness of this situation and the responsibility you carry in making your decision. I appreciate the opportunity to share my perspective on his character and the positive impact he has had on those around him. I have known my uncle for 33 years and throughout that time, I have seen him as a caring, supportive, and dependable person. He has always been someone our family could rely on, whether it was offering guidance during difficult times or simply being present when it mattered most. He has played an important role in my life by mentoring me, helping me through challenges, and supporting my education. While I do not excuse any mistakes he may have made, I believe they do not fully define who he is as a person. I have seen his willingness to learn from his actions and his desire to do better. I respectfully ask that you consider his character, his support system, and his potential for rehabilitation when making your decision. He is someone who still has much to contribute to his family and community, and I truly believe he is capable of moving forward in a positive direction. Thank you for your time and consideration.

Letter 4

Dear Judge Cannon, my name is <u>Richard Stuckey, Jr.,</u> and I am writing this letter on behalf of my nephew, Alfred Davis. In terms of his character, Alfred has always been there for his family and friends from a giving and support perspective. My sister and his mother, Cynthia, had three beautiful children-Alfred, Leroy, and Kimberly. My deceased parents, his grandparents, were loving and nurturing of him, and so was Alfred towards them. Alfred as always been very well liked because he treats everyone that comes into his orbit with respect and dignity. Alfred was an excellent running back in football both in high school and college, but his career was sadly cut short in his first year of college. I know he needs to be punished your Honor but please have mercy on him so that he can grow from this and live a meaningful life on the outside. With that said your Honor, I am proud to be Alfred's Uncle Buddy. Thank you in advance for considering my letter on behalf of Alfred and our entire family.

Letter 5

Dear Judge Cannon, I am writing this letter on behalf of Alfred Davis, whom I have been friends with for over 30 years. I understand that the conduct in this case is serious, but Alfred is much more than this case. Alfred is one of the most generous, caring, and dependable individuals that I have ever known. Throughout the decades of our friendship, Alfred has consistently demonstrated his kindness by always going out of his way to help others. Alfred is a pillar of support for his family by always ensuring that they are cared for physically, emotionally, and spiritually. In times of need, he is the person everyone turns to without fail and he always delivers selflessly. Please have mercy when you are sentencing him your Honor because his family, friends, and community need him. [Author of this letter will be supplied to the Honorable Court].

**Letter 6**

**Dear Judge Cannon, my name is <u>Cynthia Louis</u>, and I am Alfred Davis' mother. Alfred was born on 1-17-74 in Miami, Florida, the oldest of my three children. Alfred was always the type of person willing to learn and help out with whatever I needed him to do. Alfred worked with his grandfather doing lawn service at the age of 12 years old up to the point when his grandfather passed away. Alfred's grandfather's death took a lot out of him emotionally because he lost a big part of his support system, but this did not stop him from being there for his grandmother until the day she died. Alfred did not only help them, but he has always been emotionally supportive of me and our entire family. Life was not easy for Alfred as a young boy. I had my struggles and he endured that without judgment and continuing to love me unconditionally. I made many mistakes in my life, but God has shown me love, grace, and mercy so that I can turn things around in a positive fashion for my family and me. I am asking you dear Judge to have compassion and grace on my son when you are sentencing him. I understand that punishment is warranted but if you can just reach way down and pick him up so that he can get him to a better place. I thank you your Honor and please consider this plea for grace on behalf of Alfred and our family.**

**Downward Variance Argument No. 1**
**[Mr. Davis' Mother's Drug Abuse During his Formative Years]**

Mr. Davis asks the Honorable Court to beneficently consider his mother's drug abuse during the formative years of his life as a downward variance basis in this case. [DE 216: ¶191]. Despite living with nurturing and supportive grandparents, the consistent omnipresence of a loving mother in one's formative years is vital to healthy human development.

**Downward Variance Argument No. 2**
**[Mr. Davis' Family and Friends Rely on Him to Get By]**

Mr. Davis' two young children [Id: ¶¶ 195-196], family, and friends emotionally need him in their respective lives so that the generational trauma in this family is transcended. Mr. Davis asks the Honorable Court to take this reality into account in its downward variance calculus.

5

**Potential Downward Variance Argument No. 3**
**United States Sentencing Commission's**
**Judiciary Sentencing Information Statistics Database**
**For §2B1.1 Cases**
**[JSIN-jsin.ussc.gov]**

As of the writing of this pleading, the United States Sentencing Commission's Judiciary Sentencing Information Statistics Database [JSIN] is under maintenance for an unknown period of time, presumably to integrate the latest fiscal year sentencing data.  This database is invaluable from a parity in sentencing point of view because it gives the Honorable Court a statistical picture of how similarly situated defendants from a guidelines perspective are sentenced across the country.  If the database is up and running before the 5-6-26 at 9:30 a.m. Sentencing Hearing [DE 223], Mr. Davis asks the Honorable Court to give him leave to file a short supplement to this sentencing memorandum so that the Honorable Court is supplied with richer statistical information that it can consider in its sentencing calculus.

**Conclusion**

Against the backdrop of the arguments adduced for the justification of a downward variance in this case, along with the guidelines arguments advanced in [DE 228], Mr. Davis asks the Honorable Court to downwardly vary and impose a sentence way below 168 months and to run this concurrent with the 75-month sentence that he is serving in Case No. 24-CR-20456-RAR-1. A sentence within these contours is sufficient but not greater than necessary to advance the sentencing goals of §3553(a).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being

served this day on all counsel of record or *pro se* parties, either via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or

parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

JACOB A. COHEN, ESQ.
Law Offices of Jacob A. Cohen, PLLC
750 South Dixie Highway
Boca Raton, FL 33432
Telephone 561-715-7866
E-mail – jacob@jacobcohenlaw.com

By: /s/ Jacob A. Cohen, Esq.
     Jacob A. Cohen, Esq.
     Fla. Bar No. 0162530