UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 25-cr-80075**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GINO JOURDAN,

        Defendant.

_____/

## MOTION TO CHANGE TIME OF THE SENTENCING HEARING

PLEASE TAKE NOTICE that the Defendant GINO JOURDAN ("JOURDAN"), and through undersigned counsel, respectfully requests this Honorable Court to move to reset the time of the sentencing hearing currently set for May 13, 2026, at 4:30 p.m., and states as follows:

1. This case was originally set for sentencing on May 6, 2026, and the parties were ready to proceed.

2. The hearing was reset to May 13, 2026, at 4:30 p.m.

3. After receiving notice of the reset, undersigned counsel promptly contacted the Court's courtroom deputy and advised that the 4:30 p.m. time created a childcare conflict. Counsel requested an earlier time that same day, or alternatively May 11, and advised he is not available on May 12.

4. The courtroom deputy advised that if there was a scheduling issue, a motion should be filed.

5. At that point, undersigned counsel did not file a motion and instead tried to work out the conflict by arranging alternate childcare and adjusting his schedule so he could make the 4:30 p.m. setting work.

6. Counsel has just now received notice from his minor child's school that her Freshmen Showcase has been moved to May 13, 2026, at 6:00 p.m., with related obligations the day before, which takes away any flexibility and requires counsel to be in Palm Beach County that evening for his daughter's event (See attached *Exhibit "A"*).

7. The Sentencing itself is expected to take no more than 30 minutes.

8. With the hearing set for 4:30 p.m., it creates a real timing problem. While counsel might be able to try to make both, it would require rushing from the courthouse to Palm Beach County and creates a significant risk of delay or conflict.

9. Counsel will make himself fully available to the Court earlier that day on May 13 and can appear at any earlier time that works for the Court, perhaps up until 3:00 P.M.

10. Undersigned has previously spoken with AUSA Marton Gyires, who has no objection to this request.

11. This motion is limited to the time of the hearing only and is not intended to delay the proceedings in any way.

WHEREFORE, Defendant respectfully requests that the Court reset the May 13, 2026, sentencing to an earlier time that day, or at another time convenient for the Court, and grant any other relief the Court deems appropriate.

## CERTIFICATE OF SERVICE

I hereby certify that on **May 5, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Michael D. Weinstein………………
MICHAEL D.WEINSTEIN

## Kristina White

| | |
|---|---|
| **From:** | Michael D. Weinstein |
| **Sent:** | Tuesday, May 5, 2026 1:41 PM |
| **To:** | Kristina White |
| **Subject:** | Fwd: Freshmen Showcase moved to Wednesday 5/13 at 6pm |

Michael D. Weinstein, Esq.
Board Certified Criminal Trial Lawyer
AV Rated
Michael D. Weinstein P. A.
12 S.E. 7th St., Suite 713
Fort Lauderdale, Fl. 33301
954-761-1420
954-761-1421
www.mdwlawfirm.com

Begin forwarded message:

> **From:** Michael Weinstein <mikewlaw72@hotmail.com>
> **Date:** May 5, 2026 at 1:40:52 PM EDT
> **To:** "Michael D. Weinstein" <mdw@mdwlawfirm.com>
> **Subject: Fw: Freshmen Showcase moved to Wednesday 5/13 at 6pm**

> **From:** Catherine Green <catherine.green@palmbeachschools.org>
> **Sent:** Tuesday, May 5, 2026 1:39 PM
> **To:** 0395 Theatre <0395theatre@palmbeachschools.org>; Jasmine James
> <jasmine.james@palmbeachschools.org>; Teneisha Finney
> <teneisha.finney@palmbeachschools.org>
> **Subject:** Re: Freshmen Showcase moved to Wednesday 5/13 at 6pm

> Follow up -- skip the whole SeatYourself part of the message! No need to reserve tickets. Doors should open about 5:30.

> **Mrs. Cate Green**
> Dean and Company Manager for DSOA Theatre
> **"Try to be a rainbow in someone else's cloud."** - Maya Angelou



> Office Hours -- Tuesday-Thursday 9am-1pm (Other times by appointment)

On Tue, May 5, 2026 at 12:44 PM Catherine Green
<catherine.green@palmbeachschools.org> wrote:
Freshmen families,

Due to the testing schedule, we have been asked by school administration to move
our **Freshmen Showcase to Wednesday 5/13 at 6pm.**
Consequently, there will be rehearsal on Tuesday, 5/12 from 6th period and
immediately after school until 5pm. Please arrange transportation for both of those
days. TPA will provide pizza for the kids after school on Wednesday.

Tickets "bought" for free through SeatYourself will be honored at the Wednesday
show. We do not anticipate having a packed house, but if you're bringing a big crew
with you, please have your child share that with Mrs. Nixdorf.

I am sorry to miss the final performance, as I will be at my own child's showcase that
evening. It is always wonderful to see it all come together!

**Mrs. Cate Green**
Dean and Company Manager for DSOA Theatre
***"Try to be a rainbow in someone else's cloud."*** - Maya Angelou



Office Hours -- Tuesday-Thursday 9am-1pm (Other times by appointment)

**Disclaimer:** Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.