UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 25-cr-80075**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GINO JOURDAN,

        Defendant.

_____/

## NOTICE OF FILING

COMES NOW, the Defendant, GINO JOURDAN, by and through her undersigned counsel, and respectfully files:

1.      Character letter

## CERTIFICATE OF SERVICE

I hereby certify that on **May 13, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Michael D. Weinstein……………..
MICHAEL D.WEINSTEIN



**CONCEPCION LAW**

May 11, 2026

To the Honorable Aileen Cannon:

I am writing this letter on behalf of Gino Jourdan, whom I have known both personally and professionally for several years. During that time, I have had the opportunity to observe his character, work ethic, and dedication to his family and community.

I do not write this letter to excuse or minimize Mr. Jourdan's conduct. Gino exercised poor judgment, has accepted responsibility for his actions by pleading guilty, and now must answer for those decisions. I fully understand the seriousness of the matter presently before the Court.

Nonetheless, in my experience with Gino, he has consistently been an honest and trustworthy person in both his professional and personal affairs. In all of my interactions with him, I have known him to conduct himself with integrity and sincerity. He has also been a devoted family man who deeply cares for and supports his loved ones.

While I recognize that sentencing must reflect the seriousness of the offense, I respectfully hope the Court will also consider the positive qualities Gino has demonstrated throughout his life, as well as the person I have come to know outside of this incident.

Thank you for your time and consideration.

Respectfully,

*Leonardo Concepcion*

Leonardo Concepcion

1500 NW 89th Court, Suite 119, Doral, FL 33172
Telephone: 305.791.6529 | Fax: 305.902.6404
LC@LConcepcionlaw.com