(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 25-cr-80076-AMC

UNITED STATES OF AMERICA

_____

Plaintiff(s)

v.

Elaine Escoe

_____

_____

Defendant(s)

FILED BY ωS D.C.

MAY 14 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## MOTION TO TAKE NOTICE
### (TITLE OF DOCUMENT)

I, _____ plaintiff or defendant, in the above styled cause,

THat this is a copy of the Certified copy of the Docket Filed. This Motion And Docket shows that No Transcript ever Filed. witness Maurice Symonette And witness Micahiel Nichloson

Maurice S.

Micahiel Nichlason

Sworn Oath.

That This is A true And Correct Copy

Maurice S.        Micahiel Nichlason

Maurice Symonette        Micahiel Nichloson

(Rev. 10/2002) General Document

**Certificate of Service**

I _MAURICE SYMONETTE_ , certify that on this date _05/14/26_ a true copy

of the foregoing document was mailed to: _Palm Beach Federal Court house_
name(s) and address(es)

_701 Clematis St west palm FL 33401_

By:

_Maurice Symonette_
Printed or typed name of Filer

_Maurice S_
Signature of Filer

_Bigboss1043@yahoo.com_
E-mail address

Florida Bar Number

Phone Number

Facsimile Number

_15020 S. RIVER DR_
Street Address

_MIAMI FL. 33167_
City, State, Zip Code



# U.S. District Court

## Florida Southern - West Palm Beach

Receipt Date: May 14, 2026 3:23PM

Customer

Rcpt. No: 10310                    Trans. Date: May 14, 2026 3:23PM                    Cashier ID: #CD (1921)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 104 | Cert of Document/Transcript of JGMT | | 1 | 12.00 | 12.00 |
| 100 | Copies (Paper) | | 17 | 0.50 | 8.50 |

| CD | Tender | Amt |
|----|--------|-----|
| CA | Cash | $20.50 |

| | |
|---|---|
| Total Due Prior to Payment: | $20.50 |
| Total Tendered: | $20.50 |
| Total Cash Received: | $20.50 |
| Cash Change Amount: | $0.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

# U.S. District Court
## Southern District of Florida (West Palm Beach)
### CRIMINAL DOCKET FOR CASE #: 9:25-cr-80076-AMC-2
#### Internal Use Only

Case title: USA v. Escoe, et al

Date Filed: 05/22/2025

---

Assigned to: Judge Aileen M. Cannon

Appeals court case numbers: 26-10079-D
USCA, 26-10079-D USCA

## Defendant (2)

**Alfred Davis**
*English; YOB: 1974*

represented by **Alfred Davis**
70485-004
15020 S River Drive
Miami, FL 33167
PRO SE

**Jacob Alain Cohen**
Law Offices of Jacob A. Cohen, PLLC
750 S. Dixie Highway
Boca Raton, FL 33432
561-715-7866
Email: Jacob@jacobcohenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

18:1343 - FRAUD BY WIRE, RADIO,
OR TELEVISION
(1)

18:1956(h) - CONSPIRACY TO
COMMIT MONEY LAUNDERING
(2)

18:1343 - FRAUD BY WIRE, RADIO,
OR TELEVISION
(3)

18:1343 - FRAUD BY WIRE, RADIO,
OR TELEVISION
(15)

## Disposition



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By
Date 5/14/2026   Deputy Clerk

18:1956(a)(1)(B)(i) and 2 - MONEY
LAUNDERING
(21)

18:1956(a)(1)(B)(i) and 2 - MONEY
LAUNDERING
(28)

18:1956(a)(1)(B)(i) and 2 - MONEY
LAUNDERING
(35)

18:1957 and 2 - MONEY LAUNDERING
(39)

18:1957 and 2 - MONEY LAUNDERING
(46)

18:1957 and 2 - MONEY LAUNDERING
(53)

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
| --- | --- |
| 18:1343 - FRAUD BY WIRE, RADIO, OR TELEVISION (4-14) | Acquitted |
| 18:1343 - FRAUD BY WIRE, RADIO, OR TELEVISION (16-20) | Acquitted |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
| --- | --- |
| None | |

---

**Plaintiff**
**USA**                                         represented by **Jonathan Bailyn**
US Attorney's Office
Miami, FL
Email: jonathan.bailyn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Katie L. Wilson**
DOJ-USAO

United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
561-209-1043
Email: Katie.Wilson2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Marton Gyires**
US Attorney's Office
500 South Australian Avenue
4th Floor
West Palm Beach, FL 33401
561-209-1047
Fax: 561-820-8777
Email: marton.gyires@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mitchell Evan Hyman**
DOJ-USAO
Asset Forfeiture
99 N.E. 4th Street
Miami, FL 33132
305-961-9283
Email: Mitchell.Hyman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2025 | 1 | MOTION TO SEAL by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. (swr) (Entered: 05/22/2025) |
| 05/22/2025 | 2 | ORDER granting 1 Motion TO SEAL as to Elaine Escoe (1), Alfred Davis (2), Cher Davis (3), Gino Jourdan (4), Latoya Clark (5), James McGhow (6). Signed by Magistrate Judge William Matthewman on 5/22/2025. *See attached document for full details.* (swr) (Entered: 05/22/2025) |
| 05/22/2025 | 3 | INDICTMENT w/forfeiture as to Elaine Escoe (1) count(s) 1, 2, 3-20, 21-38, 39-56, Alfred Davis (2) count(s) 1, 2, 3-20, 21-38, 39-56, Cher Davis (3) count(s) 1, 2, 3-20, 21-38, 39-56, Gino Jourdan (4) count(s) 1, 2, 3-20, 21-38, 39-56, Latoya Clark (5) count(s) 1, 2, 3-20, 21-38, 39-56, James McGhow (6) count(s) 1, 2, 3-20, 21-38, 39-56. (spe) (Additional attachment(s) added on 5/22/2025: # 1 Restricted Unredacted Indictment) (spe). (Entered: 05/22/2025) |
| 05/29/2025 | 12 | NOTICE OF ATTORNEY APPEARANCE Mitchell Evan Hyman appearing for USA.. Attorney Mitchell Evan Hyman added to party USA(pty:pla). (pcs) (Entered: 05/29/2025) |

| 05/29/2025 | 14 | MOTION to Unseal Case by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. (swr) (Entered: 05/29/2025) |
| 05/29/2025 | 15 | ORDER TO UNSEAL granting 14 Motion to Unseal Case as to Elaine Escoe (1), Alfred Davis (2), Cher Davis (3), Gino Jourdan (4), Latoya Clark (5), James McGhow (6); granting 13 Motion to Unseal Case as to Gino Jourdan (4). Signed by Magistrate Judge William Matthewman on 5/29/2025. *See attached document for full details.* (swr) (Entered: 05/29/2025) |
| 06/02/2025 | 20 | **VIRTUAL** MOTION for Initial Appearance Hearings by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Latoya Clark. (spe) (Entered: 06/02/2025) |
| 06/02/2025 | 21 | PAPERLESS ORDER granting 20 Motion for Initial Appearance Hearings as to Elaine Escoe (1), Alfred Davis (2), Latoya Clark (5). Initial Appearance set for 6/5/2025 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. Signed by Magistrate Judge Ryon M. McCabe on 6/2/2025. (spe) (Entered: 06/02/2025) |
| 06/05/2025 | 23 | **ORE TENUS** MOTION to Appoint Counsel by Alfred Davis, Latoya Clark. (spe) (Entered: 06/05/2025) |
| 06/05/2025 | 24 | PAPERLESS ORDER granting 23 Defendant's **ORE TENUS** Motion to Appoint Counsel. Appointing Jacob Alain Cohen for Alfred Davis for Criminal representation. Date attorney was appointed CJA: 6/5/2025 as to Alfred Davis (2). Signed by Magistrate Judge Ryon M. McCabe on 6/5/2025. (spe) (Entered: 06/05/2025) |
| 06/05/2025 | 26 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Ryon M. McCabe: Initial Appearance as to Alfred Davis, Latoya Clark held on 6/5/2025. Date of Location Custody (Arrest or Surrender): 6/5/2025. Defendants present and sworn. Defendants advised of their respective charges, maximum penalties and rights. Defendants each made an ore tenus request for appointment of counsel and were found to be indigent after questioning by the Court. CJA Jacob Cohen appointed to Mr. Davis; CJA Jonathan Friedman appointed to Ms. Clark. Bond set as to: Alfred Davis (2) $250,000 PSB and Latoya Clark (5) $250,000 PSB. Defendants advised of Brady rights under the Due Process Protection Act. Total time in court: 19 minutes. Arraignment set for 6/25/2025 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. Attorney Appearance(s): Jonathan Bailyn (AUSA). (Digital 10:15:07)

It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Ryon M. McCabe on 6/5/2025. (spe) (Entered: 06/05/2025) |

| | | |
|---|---|---|
| 06/05/2025 | 27 | $250,000 PSB Bond Entered as to Alfred Davis - Approved by Magistrate Judge Ryon M. McCabe. *Please see bond image for conditions of release.* (spe) (Additional attachment(s) added on 6/5/2025: # 1 Restricted Bond with 7th Page) (spe). (Entered: 06/05/2025) |
| 06/12/2025 | 41 | OMNIBUS ORDER SETTING TRIAL DATE AND ESTABLISHING PRETRIAL INSTRUCTIONS AND SENTENCING PROCEDURES as to Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow In Limine Motions due by 6/27/2025. Motions due by 6/27/2025. Calendar Call set for 7/22/2025 01:45 PM in Fort Pierce Division before Judge Aileen M. Cannon. Jury Trial set for 7/28/2025 in Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 6/12/2025. *See attached document for full details.* (ar24) **Pattern Jury Instruction Builder -** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 06/12/2025) |
| 06/13/2025 | 42 | First RESPONSE to Standing Discovery Order by USA as to Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Attachments: # 1 FedEx Label)(Bailyn, Jonathan) (Entered: 06/13/2025) |
| 06/25/2025 | 49 | **ORE TENUS** MOTION for Entry of the Standing Discovery Order as to Alfred Davis, Latoya Clark, James McGhow. (swr) (Entered: 06/25/2025) |
| 06/25/2025 | 50 | PAPERLESS Minute Order for proceedings held before Magistrate Judge William Matthewman: granting 49 ORE TENUS Motion for Entry of the Standing Discovery Order as to Alfred Davis (2); **ARRAIGNMENT** as to Alfred Davis (2) Count 1,2,3-20,21-38,39-56 held on 6/25/2025. Defendant present with counsel and sworn. The Court advised the defendant of the charges and possible maximum penalties. The defendant waived formal reading, entered a plea of Not Guilty, requested the Standing Discovery Order and demanded a trial by jury. Total time in court: 03 minutes. Attorney Appearance(s): AUSA Katie Sadlo, Jacob Alain Cohen CJA. (Digital 10:11:15) PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge William Matthewman (swr) (Entered: 06/25/2025) |
| 06/26/2025 | 53 | Second RESPONSE to Standing Discovery Order by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 06/26/2025) |

| 07/01/2025 | 57 | Unopposed MOTION to Continue Trial by Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. Responses due by 7/15/2025. (Attachments: # 1 Text of Proposed Order)(Morse, Gregory) (Entered: 07/01/2025) |
| --- | --- | --- |
| 07/08/2025 | 59 | ORDER granting 57 Motion to Continue Trial as to James McGhow (6). In Limine Motions due by 10/29/2025. Motions due by 10/29/2025. Calendar Call set for 12/9/2025 01:45 PM in Fort Pierce Division before Judge Aileen M. Cannon. Jury Trial set for 12/15/2025 in Fort Pierce Division before Judge Aileen M. Cannon. Signed by Judge Aileen M. Cannon on 7/8/2025. *See attached document for full details.* (ar24) (Entered: 07/08/2025) |
| 07/08/2025 | 60 | NOTICE of Intent to Use *902(11), 902(14), and 803(6)* Evidence by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Attachments: # 1 Appendix) (Bailyn, Jonathan) (Entered: 07/08/2025) |
| 07/14/2025 | 63 | PAPERLESS ORDER as to Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, and James McGhow. Status Conference set for **8/6/2025 at 11:30 AM** in the Fort Pierce Division before Judge Aileen M. Cannon. **Defendants are required to appear.** Signed by Judge Aileen M. Cannon on 7/14/2025. (sm1) (Entered: 07/14/2025) |
| 07/24/2025 | 64 | SPEEDY TRIAL REPORT *(Joint)* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 07/24/2025) |
| 08/04/2025 | 67 | MOTION and Affidavit for Relief, Recusal, and Reconsider Her Order and Revert by Vacating His Order and Memorandum of Law by Alfred Davis. Responses due by 8/18/2025. (scn) (Entered: 08/05/2025) |
| 08/05/2025 | 68 | PAPERLESS ORDER striking 67 Defendant's Pro Se Motion and Affidavit for Relief, Recusal, and Reconsider Her Order and Revert by Vacating His Order and Memorandum of Law as to Alfred Davis. Defendant is represented by counsel and thus may not file pro se. See Fed. R. Crim. P. 49(b)(4); S.D. Fla. L.R. 11.1(d)(4). Signed by Judge Aileen M. Cannon on 8/5/2025. (sm1) (Entered: 08/05/2025) |
| 08/06/2025 | 69 | PAPERLESS ORDER and MINUTE ENTRY for proceedings held before Judge Aileen M. Cannon: Status Conference as to Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow held on 8/6/2025. All defendants present except Defendant Elaine Escoe, who remains in fugitive status. Parties provided updates on discovery and pre-trial and trial deadlines. United States anticipates three-week trial. Parties report no meaningful issues related to scheduling, trial preparation, or discovery within the parameters of the Court's Scheduling Order. All deadlines in the Court's Scheduling Order 59 remain in effect, except any motions for severance are due on or before October 17, 2025. Defendant Davis reminded of his represented status [ECF No. 68]. The Court finds the current trial and pretrial deadlines to be reasonable under the circumstances. Total time in court: 25 minutes. Attorney Appearances: Jonathan Bailyn, Jacob Alain Cohen, Gregory Joseph Morse, Michael David Weinstein, Jonathan S. Friedman and Michael J. Harwin. Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. Signed by Judge Aileen M. Cannon on 8/6/2025. (sm1) (Entered: 08/07/2025) |

| 09/09/2025 | 72 | SPEEDY TRIAL REPORT by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 09/09/2025) |
|---|---|---|
| 09/18/2025 | 75 | Third RESPONSE to Standing Discovery Order by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 09/18/2025) |
| 10/16/2025 | 84 | SPEEDY TRIAL REPORT *(Joint)* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 10/16/2025) |
| 10/30/2025 | 92 | MOTION To Excuse Binder Requirement re 41 Scheduling Order,,, by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. Responses due by 11/13/2025. (Attachments: # 1 Text of Proposed Order)(Bailyn, Jonathan) (Entered: 10/30/2025) |
| 10/30/2025 | 94 | PAPERLESS ORDER denying without prejudice 92 United States' Motion to be Excused from Exhibit Binder Requirement as to Elaine Escoe, Alfred Davis, Gino Jourdan, Cher Davis, Latoya Clark, and James McGhow. In the Court's prior Order Setting Trial Date and Establishing Pretrial Instructions and Sentencing Procedures 41 , paragraph 4 provides that, "To the extent required by Local Rule 88.9(a), all motions shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion." The Motion does not contain a certificate of conferral. Signed by Judge Aileen M. Cannon on 10/30/2025. (sm1) (Entered: 10/30/2025) |
| 10/31/2025 | 95 | Renewed MOTION to Excuse Government Binder Requirement *(Unopposed)* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. Responses due by 11/14/2025. (Attachments: # 1 Text of Proposed Order)(Bailyn, Jonathan) (Entered: 10/31/2025) |
| 10/31/2025 | 96 | PAPERLESS ORDER granting in part and denying in part 95 United States' Unopposed Motion as to Alfred Davis (2), Cher Davis (3), Gino Jourdan (4), Latoya Clark (5), James McGhow (6). The United States is excused from providing hard copies in binders of any clearly voluminous exhibits but shall nevertheless provide hard copies of all other exhibits for trial as initially directed. No electronic production of exhibits to the Court is required at this time. Signed by Judge Aileen M. Cannon on 10/31/2025. (AMC) (Entered: 10/31/2025) |
| 11/17/2025 | 102 | Unopposed MOTION for Status Conference by USA as to Alfred Davis, Cher Davis, Latoya Clark. Responses due by 12/1/2025. (Bailyn, Jonathan) Modified Event Type on 11/17/2025 (wce). (Entered: 11/17/2025) |
| 11/17/2025 | 103 | PAPERLESS ORDER granting 102 United States' Motion for Status Conference as to Alfred Davis (2), Cher Davis (3), Latoya Clark (5). Status Conference set for 11/24/2025 at 11:30 AM in the Fort Pierce Division before Judge Aileen M. Cannon. Defendants are not required to appear. Signed by Judge Aileen M. Cannon on 11/17/2025. (sm1) (Entered: 11/17/2025) |
| 11/20/2025 | 106 | SPEEDY TRIAL REPORT *(Joint)* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 11/20/2025) |

| | | |
|---|---|---|
| 11/24/2025 | 107 | PAPERLESS ORDER SPECIALLY SETTING TRIAL and MINUTE ENTRY for proceedings held before Judge Aileen M. Cannon: Status Conference as to Alfred Davis, Cher Davis, Latoya Clark held on 11/24/2025. Parties report no issues related to discovery and no antagonistic defenses. Jencks material to be provided to Defendants prior to the start of trial. Parties announce ready for ten-day trial through December 31, 2025, including jury selection, minus December 23-25, 2025. Deliberation time continued as necessary past that date. Trial specially set to commence on **December 15, 2025, at 11:00 a.m.,** with jury selection, preliminary instructions, pre-admission of unobjected-to exhibits, and opening statements (time permitting). Evidentiary presentation to begin on December 16, 2025. Plea deadline remains the same (5:00 p.m. on December 12, 2025, for the actual taking of plea(s)), as previously ordered. No pleas accepted after that deadline. Parties directed to meaningfully confer regarding any exhibits to be pre-admitted. Time in court: 21 minutes. Attorney Appearances: Jonathan Bailyn, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 11/25/2025) |
| 11/26/2025 | 108 | PAPERLESS NOTICE OF RESETTING HEARING as to Alfred Davis, Cher Davis, and Latoya Clark. **TIME CHANGE ONLY.** To accommodate another scheduled trial, Calendar Call reset for **12/9/2025 at 9:00 a.m.** in the Fort Pierce Division before Judge Aileen M. Cannon. **\*Counsel please note the change to your files.** (sm1) (Entered: 11/26/2025) |
| 12/02/2025 | 109 | Unopposed MOTION in Limine *Government Exhibits in Advance of Trial* by USA as to Alfred Davis, Cher Davis, Latoya Clark. Responses due by 12/16/2025. (Attachments: # 1 Text of Proposed Order)(Bailyn, Jonathan) (Entered: 12/02/2025) |
| 12/03/2025 | 111 | NOTICE OF ATTORNEY APPEARANCE Katie L. Wilson appearing for USA. . Attorney Katie L. Wilson added to party USA(pty:pla). (Wilson, Katie) (Entered: 12/03/2025) |
| 12/04/2025 | 112 | ORDER GRANTING 109 UNITED STATES' UNOPPOSED MOTION IN LIMINE TO INTRODUCE UNITED STATES' EXHIBITS IN ADVANCE OF TRIAL as to Alfred Davis (2), Cher Davis and (3), Latoya Clark (5). Signed by Judge Aileen M. Cannon on 12/4/2025. *See attached document for full details.* (wce) (Entered: 12/04/2025) |
| 12/05/2025 | 113 | Proposed Voir Dire Questions by Alfred Davis (Cohen, Jacob) (Entered: 12/05/2025) |
| 12/07/2025 | 117 | Proposed Voir Dire Questions by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Bailyn, Jonathan) (Entered: 12/07/2025) |
| 12/08/2025 | 118 | PAPERLESS NOTICE OF RESETTING HEARING as to Alfred Davis, Cher Davis, and Latoya Clark. **TIME CHANGE ONLY.** Due to a scheduling conflict with an ongoing trial, Calendar Call is hereby reset for **12/9/2025 at 8:15 a.m.** in the Fort Pierce Division before Judge Aileen M. Cannon. Defendants are not required to appear. Calendar Call to be held by Zoom due to extenuating circumstances; if any Defendant objects, Defendant shall file a notice of objection no later than 4 p.m. today (12/8/2025). Chambers will provide the parties with a Zoom link in advance of the hearing in a separate email.**\*Counsel** |

| | | |
|---|---|---|
| | | **please note the change to your files.** No other hearings/evidence to be permitted via Zoom. (sm1) (Entered: 12/08/2025) |
| 12/08/2025 | 120 | Proposed Jury Instructions by USA as to Alfred Davis, Cher Davis, Latoya Clark (Bailyn, Jonathan) (Entered: 12/08/2025) |
| 12/08/2025 | 121 | NOTICE *of Proposed Witness List and Exhibit List* by USA as to Alfred Davis, Cher Davis, Latoya Clark (Attachments: # 1 Exhibit A - Witness List, # 2 Exhibit B - Exhibit List) (Bailyn, Jonathan) (Entered: 12/08/2025) |
| 12/08/2025 | 122 | PAPERLESS ORDER in anticipation of calendar call and authorizing sealed filing. Counsel shall be prepared, during calendar call, to address 119 the United States' Motion to Strike Defendant Clark's Expert Notice, with reference to the particular psychological evaluation prepared by Dr. Sheila Rapa and to the particular authorities cited in the United States' Motion. In addition, counsel for Defendant Clark must file the psychological evaluation under seal with the Clerk no later than **December 9, 2025.** And more generally, counsel for all parties shall carefully review the witness and exhibit lists filed by the United States and be prepared to address, to the extent possible, any substantive evidentiary disputes. Signed by Judge Aileen M. Cannon on 12/8/2025. (tkh) (Entered: 12/08/2025) |
| 12/09/2025 | 125 | Witness List by Alfred Davis (Cohen, Jacob) (Entered: 12/09/2025) |
| 12/09/2025 | 126 | NOTICE of Striking 125 Witness List by Alfred Davis (Cohen, Jacob) (Entered: 12/09/2025) |
| 12/09/2025 | 127 | Witness List by Alfred Davis (Cohen, Jacob) (Entered: 12/09/2025) |
| 12/09/2025 | 130 | REPLY to Response to Motion by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow re 119 MOTION to Strike 115 Notice of Intent to Use Evidence . (Bailyn, Jonathan) (Entered: 12/09/2025) |
| 12/09/2025 | 132 | PAPERLESS ORDER and MINUTE ENTRY for proceedings held before Judge Aileen M. Cannon: Calendar Call as to Alfred Davis, Cher Davis, and Latoya Clark held on 12/9/2025. The parties submitted pre-trial filings as directed. Parties reaffirm trial readiness, although Defendant Clark makes generalized pro se statements regarding a need for additional time (to be addressed at additional calendar call on 12/10/2025). Trial remains specially set to begin on 12/15/2025 and is expected to go through 12/31/2025, excluding December 23-26, 2025, as previously ordered following the Status Conference on 11/24/2025 [ECF No. 107]. Parties report no outstanding evidentiary or witness issues, although parties dispute propriety of argument/evidence regarding fugitive status of Defendant Escoe. Instructional disputes also remain regarding good faith instruction and Defendant Clark's theory-of-defense instruction. On or before 12/10/2025, parties shall meaningfully confer and submit supplemental filings limited to matters discussed during calendar call. No extensions of any deadline, expired or otherwise, are permitted by this Order. A continuation of the Calendar Call as to Latoya Clark is set for 12/10/2025 at 8:30 a.m. in the Fort Pierce Division. Notice of hearing to follow. **Defendant Clark shall appear in person.** Counsel wishing to participate via audio shall contact Chambers for call-in number. Time in court: 35 minutes. Attorney Appearances: Jonathan Bailyn, Jacob Alain Cohen, Gregory Joseph Morse and Jonathan S. Friedman. Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 12/09/2025) |

| 12/10/2025 | 137 | Reply *in Support of Government's Proposed Jury Instruction* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow to 133 Response/Reply/Answer (Other) (Bailyn, Jonathan) (Entered: 12/10/2025) |
|---|---|---|
| 12/12/2025 | 151 | Fourth RESPONSE to Standing Discovery Order by USA as to Alfred Davis, Cher Davis, Latoya Clark (Bailyn, Jonathan) (Entered: 12/12/2025) |
| 12/12/2025 | 160 | Brief of Amicus Curiae and Jurisdictional Memorandum in Support of Sua Sponte Dismissal by James Buckman. (Attachments: # 1 Affidavit) (wce) (Entered: 12/16/2025) |
| 12/15/2025 | 155 | PAPERLESS ORDER and MINUTE ENTRY for proceedings held before Judge Aileen M. Cannon. The Court granted 119 United States' Motion to Strike Defendant Latoya Clark's Expert Notice for the reasons stated by the United States in its Motion and Reply, and based on argument of counsel during calendar call. Parties addressed and rejected incoherent suggestions regarding a need for judicial disqualification in pro se filings by nonparties. Jury Selection/Voir Dire as to Alfred Davis, Cher Davis, Latoya Clark held on 12/15/2025. Day 1 - Voir Dire started and completed. Jury panel sworn and empaneled. Preliminary instructions issued. Jury Trial to resume at 8:45 a.m. on 12/16/25 with opening statements and presentation of United States' witnesses. Court heard argument on remaining dispute regarding references during trial to Defendant Escoe's fugitive status. Final oral ruling to follow. Defendant Clark to file any appropriate motion regarding food/drink consumption while detained at SLCJ, providing a sufficient factual and legal basis for judicial intervention. Total time in court: 4 hours 45 minutes. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. Signed by Judge Aileen M. Cannon (sm1) (Entered: 12/15/2025) |
| 12/15/2025 | 158 | Amicus Curiae Notice (Notice Only) by Maurice Symonette on behalf of Alfred Davis. (wce) (Entered: 12/16/2025) |
| 12/16/2025 | 159 | Amicus Curiae Notice Regarding 28 U.S.C. 455 by Minister Doctorate Maurice Symonette. (wce) (Entered: 12/16/2025) |
| 12/16/2025 | 161 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Jury Trial as to Alfred Davis, Cher Davis, Latoya Clark held on 12/16/2025. Day 2. Court denies defense objection to absence of co-defendant jury instruction 133 137 . Exhibits pre-admitted by party agreement and prior Order 112 . Additional exhibits admitted. Opening statements presented to the jury panel; Alfred Davis reserves. Testimony and evidence presented to the jury panel. The following witnesses were sworn and testified for the United States: Special Agent Adam Weisenstine (ongoing), Alfred C. Davis, Anthony Venturino, Harrison Smalbach, John Diamond, Kimberly Davis, Nissen Liddiard, Aimee Meunier, and Spencer Lord. Trial to resume at **8:45 a.m. on December 17, 2025**, with continued direct examination of Adam Weisenstein. Total time in court: 6 hours 30 minutes. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 12/17/2025) |

| 12/17/2025 | 165 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Jury Trial as to Alfred Davis, Cher Davis, Latoya Clark held on 12/17/2025. Day 3. The Court denies oral Motions for Mistrial raised by Defendants Cher Davis and Latoya Clark during trial. Court also denies Defendant Cher Davis' Motion in Limine 152 , after hearing additional argument of counsel. The following witnesses were sworn and testified for the United States: Special Agent Adam Weisenstine (completed), Dariel Wells, Jennifer Reynolds, Lesley Jean Louis, Mark Berey, Queen Lewis, Teresa Young, and Wonal Jean (continuing tomorrow). Exhibits admitted. Preliminary charge conference held. Trial to resume at **8:45 a.m. on December 18, 2025.** Closing arguments expected Friday. Total time in court: 7 hours 15 minutes. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 12/18/2025) |
| --- | --- | --- |
| 12/18/2025 | 166 | PRE-CHARGE CONFERENCE DRAFT FINAL JURY INSTRUCTIONS as to Alfred Davis, Cher Davis, and Latoya Clark. (sm1) (Entered: 12/18/2025) |
| 12/18/2025 | 167 | PAPERLESS ORDER and MINUTE ENTRY for proceedings held before Judge Aileen M. Cannon: Jury Trial as to Alfred Davis, Cher Davis, Latoya Clark held on 12/18/2025. Day 4. The following witnesses were sworn and testified: Wonal Jean (completed); Victoria Hernandez; Kelsey Thompson (on behalf of Latoya Clark); Latoya Clark (on behalf of Latoya Clark). Exhibit(s) admitted. All parties rest. No rebuttal case. Court denies Rule 29 Motions. Court conducts colloquies of defendants regarding testimony; Defendants Cher Davis and Alan Davis elect not to testify; Defendant Clark testifies. Voir dire of witness Maurice Symonette outside presence of the jury; Alfred Davis decides not to call him or any other witness as stated under oath. Final charge conference held. Closing arguments to take place at **9 a.m. on December 19, 2025;** each party is allotted 40 minutes. Parties to have redacted indictment and admitted exhibits ready and to confer re: any continued forfeiture proceedings. Total time in court: 6 hours. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 12/18/2025) |
| 12/19/2025 | 168 | COURT'S FINAL JURY INSTRUCTIONS as to Alfred Davis, Cher Davis, and Latoya Clark. (sm1) (Entered: 12/19/2025) |
| 12/19/2025 | 169 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Jury Trial as to Alfred Davis, Cher Davis, Latoya Clark held on 12/19/2025. Day 5. Defendants renew Rule 29 motions. Court denies motions. Jury instructions finalized and issued. Closing arguments presented. Jurors retired to deliberate. The Court released the jurors at 5:30 p.m. with instructions to return and continue deliberations on Monday, **December 22, 2025, at 9:00 a.m.** Total time in court: 3 hours 45 minutes. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. (sm1) Modified text on 12/22/2025 (sm1). (Entered: 12/19/2025) |
| 12/22/2025 | 171 | PAPERLESS ORDER memorializing continued jury deliberations. Jury deliberations continuing on 12/22/25 as of 9:00 A.M. with all jurors present. Counsel and parties to remain on standby. Signed by Judge Aileen M. Cannon on |

| | | |
|---|---|---|
| | | 12/22/2025. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 173 | ORDER STRIKING UNAUTHORIZED NON-PARTY FILINGS 158 Amicus Curiae Notice Regarding Jurisdictional Defects and 159 Amicus Curiae Supplement as to Alfred Davis. Signed by Judge Aileen M. Cannon on 12/22/2025. *See attached document for full details.* (Attachments: # 1 Exhibit Amicus Curiae, # 2 Exhibit Supplemental Notice) (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 174 | REDACTED INDICTMENT as to Alfred Davis, Cher Davis, and Latoya Clark. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 175 | NOTE TO JURY as to Alfred Davis, Cher Davis, and Latoya Clark. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 176 | REDACTED JURY NOTE as to Alfred Davis, Cher Davis, and Latoya Clark. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 177 | JURY VERDICT as to Alfred Davis (2) Guilty on Counts 1, 2, 3, 15, 21, 28, 35, 39, 46, and 53. Alfred Davis (2) Not Guilty on Counts 4-14, 16-20. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 180 | RELEASE OF EXHIBITS as to Alfred Davis, Cher Davis, and Latoya Clark. Released to: AUSA Jonathan Bailyn (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 181 | RELEASE OF EXHIBITS as to Alfred Davis, Cher Davis, and Latoya Clark. Released to: Jonathan Friedman, Esq. (sm1) (Entered: 12/22/2025) |
| 12/22/2025 | 182 | PAPERLESS Minute Entry for proceedings held before Judge Aileen M. Cannon: Jury Trial as to Alfred Davis, Cher Davis, Latoya Clark held on 12/22/2025. Day 6. Verdicts returned. Defendant Alfred Davis adjudged guilty on Counts 1-3, 15, 21, 28, 35, 39, 46, and 53 of Indictment; found not guilty on Counts 4-14, 16-20. Defendant Cher Davis adjudged guilty on Counts 1-2, 5, 9, 14-16, 18-20, 26-27, 34, 44-45, and 52 of Indictment; found not guilty on Counts 3-4, 6-8, 10-13, and 17. Defendant Latoya Clark adjudged guilty on Counts 1-2, 25, 29, 31, 43, 47, and 49 of Indictment; found not guilty on Counts 3-20. No forfeiture sought. Defendants detained pending sentencing. Sentencing set for Alfred Davis on March 19, 2026 at 9:30 a.m.; Cher Davis on March 19, 2026 at 10:30 a.m.; and Latoya Clark on March 19, 2026 at 11:30 a.m. Total time in court: 35 minutes. Attorney Appearances: Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen, Gregory Joseph Morse, and Jonathan S. Friedman. Court Reporter: Laura Melton, 772-467-2327 / Laura_Melton@flsd.uscourts.gov. (sm1) (Entered: 12/23/2025) |
| 12/22/2025 | 183 | PAPERLESS NOTICE OF SENTENCING HEARING as Alfred Davis. Sentencing set for **3/19/2026 at 9:30 AM** in the Fort Pierce Division before Judge Aileen M. Cannon. *If more than 30 minutes is needed, counsel shall file a notice no later than **3/12/2026** , estimating the amount of time needed and specifying the number of witnesses to be called. (sm1) (Entered: 12/23/2025) |
| 12/28/2025 | 186 | Notice of Presentence Investigation Assignment of Alfred Davis to US Probation Officer Nicole Garcia in the West Palm Beach U.S. Probation Office and she can be contacted at 561-804-6883 or Nicole_Garcia@flsp.uscourts.gov. (aws) (Entered: 12/28/2025) |

5/14/2026, 3:15 PM

| | | |
|---|---|---|
| 12/30/2025 | 189 | Unopposed MOTION For Extension of Time to Comply with Local Rule 5.3(b)(2) and Permission to File Trial Exhibits Conventionally by USA as to Alfred Davis, Cher Davis, Latoya Clark. Responses due by 1/13/2026. (Attachments: # 1 Text of Proposed Order)(Bailyn, Jonathan). Added MOTION for Extension of Time on 12/30/2025 (wce). (Entered: 12/30/2025) |
| 12/31/2025 | 190 | PAPERLESS ORDER granting Motion to Extend Time for Compliance with Local Rule 5.3(b)(2) and denying request for conventional filing 189 as to Alfred Davis, Cher Davis, and Latoya Clark. On or before January 29, 2026, the United States shall file all admitted trial exhibits electronically, including the account and beneficiary records referenced in the motion, with appropriate redactions. Signed by Judge Aileen M. Cannon on 12/31/2025. (sm1) (Entered: 12/31/2025) |
| 01/05/2026 | 193 | Defendant's MOTION for Directed Verdict *DEFENDANT ALFRED DAVIS RENEWED MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO FED R. CRIM. P. 29* by Alfred Davis. Responses due by 1/20/2026. (Cohen, Jacob) (Entered: 01/05/2026) |
| 01/05/2026 | 194 | Defendant's MOTION for New Trial *DEFENDANT ALFRED DAVIS MOTION FOR NEW TRIAL PURSUANT TO FED R. CRIM. P. 33* by Alfred Davis. Responses due by 1/20/2026. (Cohen, Jacob) (Entered: 01/05/2026) |
| 01/06/2026 | 195 | MOTION for Reconsideration re 190 Order on Motion for Miscellaneous Relief,, Order on Motion for Extension of Time, by USA as to Alfred Davis, Cher Davis, Latoya Clark. Responses due by 1/20/2026. (Bailyn, Jonathan) (Entered: 01/06/2026) |
| 01/07/2026 | 197 | PAPERLESS ORDER denying Motion for Reconsideration 195 but extending deadline for compliance until **February 26, 2026.** In addition to filing all of the redacted admitted trial exhibits as directed, the United States shall also file the trial exhibits in conventional form, without redactions, for completeness of the record. Signed by Judge Aileen M. Cannon on 1/7/2026. (sm1) (Entered: 01/07/2026) |
| 01/07/2026 | 198 | JUDGMENT OF ACQUITTAL as to Alfred Davis (2), Count(s) 4-14, 16-20, Acquitted. Signed by Judge Aileen M. Cannon on 1/7/2026. *See attached document for full details.* (ls) (Entered: 01/07/2026) |
| 01/08/2026 | 201 | NOTICE OF APPEAL by Alfred Davis Re: 173 Order Striking,. Filing Fee: NOT PAID. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (jgo) (Entered: 01/09/2026) |
| 01/09/2026 | | Transmission of Notice of Appeal, Order under appeal, and Docket Sheet as to Alfred Davis to US Court of Appeals re 201 Notice of Appeal - Other Order. Notice has been electronically mailed. (jgo) (Entered: 01/09/2026) |
| 01/09/2026 | 202 | CLERK'S NOTICE of Mailing Pro Se Instructions to Alfred Davis re 201 Notice of Appeal - Other Order. (jgo) (Entered: 01/09/2026) |
| 01/12/2026 | 203 | Acknowledgment of Receipt of NOA from USCA as to Alfred Davis re 201 Notice of Appeal - Other Order, date received by USCA: 01/09/2026. USCA Case Number: 26-10079-D. (jgo) (Entered: 01/12/2026) |

| 01/12/2026 | 204 | MOTION for Leave to Appeal In Forma Pauperis by Alfred Davis. Responses due by 1/26/2026. (jgo) (Entered: 01/13/2026) |
|---|---|---|
| 01/13/2026 | 205 | Duplicate NOTICE OF APPEAL by Alfred Davis Re: 173 Order Striking.. No Filing Fee Required. Within fourteen days of the filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under All Forms and look for Transcript Order Form www.flsd.uscourts.gov/forms/all-forms. (jgo) (Entered: 01/13/2026) |
| 01/13/2026 | | Transmission of Notice of Appeal and Docket Sheet as to Alfred Davis to US Court of Appeals re 205 Notice of Appeal - Other Order. Notice has been electronically mailed. (jgo) (Entered: 01/13/2026) |
| 01/13/2026 | 206 | RESPONSE in Opposition by USA as to Alfred Davis, Cher Davis, Latoya Clark re 191 Defendant's MOTION for New Trial *Renewed Motion for Judgment of Acquittal and/or Motion for New Trial*, 194 Defendant's MOTION for New Trial *DEFENDANT ALFRED DAVIS MOTION FOR NEW TRIAL PURSUANT TO FED R. CRIM. P. 33*, 193 Defendant's MOTION for Directed Verdict *DEFENDANT ALFRED DAVIS RENEWED MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO FED R. CRIM. P. 29*, 192 Defendant's MOTION for New Trial Replies due by 1/20/2026. (Bailyn, Jonathan) (Entered: 01/13/2026) |
| 01/13/2026 | 207 | PAPERLESS ORDER striking and denying without prejudice 204 Defendant Davis's *pro se* Motion for Leave to Appeal in Forma Pauperis as to Alfred Davis (2). Defendant is represented by counsel and thus may not continue to file pro se. *See* Fed. R. Crim P. 49(b)(4); S.D. Fla. L.R. 11.1(d)(4). Additionally, the Motion/application is premature, as Defendant has not yet been sentenced. Sentencing remains scheduled for **3/19/2026 at 9:30 a.m.** Signed by Judge Aileen M. Cannon on 1/13/2026. (sm1) (Entered: 01/13/2026) |
| 01/15/2026 | 208 | Acknowledgment of Receipt of NOA from USCA as to Alfred Davis re 205 Notice of Appeal - Other Order, date received by USCA: 01/15/2026. USCA Case Number: 26-10079-D. (jgo) (Entered: 01/15/2026) |
| 01/27/2026 | 212 | TRIAL EXHIBITS Exhibits 001-073, 087-702, 706, 713-715, 720-745, 748, 753-754, 758, 760, 762, 764-768, and 771-775 by USA as to Alfred Davis, Cher Davis, Latoya Clark (Attachments: # 1 Exhibit 001-020, # 2 Exhibit 021-027, # 3 Exhibit 028-041, # 4 Exhibit 042-046, # 5 Exhibit 047-054, # 6 Exhibit 055-064, # 7 Exhibit 065-086, # 8 Exhibit 087-088, # 9 Exhibit 089-097, # 10 Exhibit 098-109, # 11 Exhibit 110-118, # 12 Exhibit 119-133, # 13 Exhibit 134-136, # 14 Exhibit 137-137, # 15 Exhibit 138-171, # 16 Exhibit 172-182, # 17 Exhibit 183-192, # 18 Exhibit 193-212, # 19 Exhibit 213-220, # 20 Exhibit 221-228, # 21 Exhibit 229-249, # 22 Exhibit 250-252, # 23 Exhibit 253-280, # 24 Exhibit 281-320, # 25 Exhibit 321-350, # 26 Exhibit 351-380, # 27 Exhibit 381-400, # 28 Exhibit 401-440, # 29 Exhibit 441-460, # 30 Exhibit 461-500, # 31 Exhibit 501-540, # 32 Exhibit 541-585, # 33 Exhibit 586-607, # 34 Exhibit 624-650, # 35 Exhibit 651-675, # 36 Exhibit 676-691, # 37 Exhibit 692-696, # 38 Exhibit 697-702, # 39 Exhibit 706-706, # 40 Exhibit 713-715, # 41 Exhibit 720-740, # 42 Exhibit 741-745, # 43 Exhibit 748-748, # 44 Exhibit 753-754, # 45 Exhibit 758-758, # 46 Exhibit 760-760, # 47 Exhibit 762-762, # 48 Exhibit 764-768, # 49 Exhibit 771-775)(Bailyn, Jonathan) (Entered: 01/27/2026) |

| 01/27/2026 | 213 | NOTICE of Compliance by USA as to Alfred Davis, Cher Davis, Latoya Clark re 212 Exhibits,,,,, filed by USA (ksr) (Entered: 01/27/2026) |
|---|---|---|
| 02/18/2026 | 216 | DRAFT Disclosure of Presentence Investigation Report of Alfred Davis. This is a limited access document. Report access provided to attorneys Mitchell Evan Hyman, Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen by USPO (Attachments: # 1 Position of Parties)(mmn2) (Entered: 02/18/2026) |
| 03/02/2026 | 221 | Unopposed MOTION to Continue *sentencing hearings and to extend government's deadline to respond to PSR objections* by USA as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow. Attorney Marton Gyires added to party USA(pty:pla). Responses due by 3/16/2026. (Attachments: # 1 Text of Proposed Order)(Gyires, Marton) (Entered: 03/02/2026) |
| 03/04/2026 | 222 | PAPERLESS ORDER granting 221 United States' Unopposed Motion to Continue Sentencing Hearings and Extend Deadline to Respond to PSR Objections as to Alfred Davis (2), Cher Davis (3), Gino Jourdan (4), Latoya Clark (5), James McGhow (6). Any response to any PSI objections is due on or before **March 17, 2026**. A separate notice resetting sentencing hearings to follow. Signed by Judge Aileen M. Cannon on 3/4/2026. (sm1) (Entered: 03/04/2026) |
| 03/04/2026 | 223 | PAPERLESS NOTICE OF RESETTING HEARING as to Alfred Davis. **DATE AND TIME CHANGE.** Pursuant to the Court's order granting the United States' Motion 222 , Sentencing hearing reset for **5/06/2026 at 9:30 a.m.** in the Fort Pierce Division before Judge Aileen M. Cannon. ***Counsel please note the change to your files.** (sm1) (Entered: 03/04/2026) |
| 03/04/2026 | 228 | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT by Alfred Davis (Cohen, Jacob) (Entered: 03/04/2026) |
| 03/06/2026 | 229 | NOTICE OF ATTORNEY APPEARANCE Marton Gyires appearing for USA. (Gyires, Marton) (Entered: 03/06/2026) |
| 03/13/2026 | 232 | RESPONSE to 219 Objections to Presentence Investigation Report, 228 Objections to Presentence Investigation Report, 217 Objections to Presentence Investigation Report by USA as to Alfred Davis, Cher Davis, Latoya Clark, James McGhow (Attachments: # 1 Exhibit Exhibit 763, # 2 Exhibit Exhibit 770) (Gyires, Marton) (Entered: 03/13/2026) |
| 03/25/2026 | 234 | ORDER of DISMISSAL from USCA (certified copy). This appeal is hereby DISMISSED for want of prosecution because the appellant Alfred Davis has failed to file an appellant's brief within the time fixed by the rules as to Alfred Davis re 201 Notice of Appeal - Other Order, 205 Notice of Appeal - Other Order. USCA 26-10079-DD (jgo) (Entered: 03/25/2026) |
| 04/03/2026 | 238 | NOTICE of Change of Email; by Katie L. Wilson as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow (Wilson, Katie) (Entered: 04/03/2026) |
| 04/06/2026 | 239 | CLERK'S NOTICE - Attorney Admissions has accepted the email information change request as submitted through attorneys PACER account for attorney Katie L. Wilson as to Elaine Escoe, Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow re 238 Notice of Change of Address, Email or Law Firm |

| | | | |
|---|---|---|---|
| | | | Name (pt) (Entered: 04/06/2026) |
| 04/26/2026 | ⊣⅗ | 247 | Defendant's MOTION for Downward Departure *ALFRED DAVIS SENTENCING MEMORANDUM AND REQUEST FOR A DOWNWARD VARIANCE* by Alfred Davis. Responses due by 5/11/2026. (Cohen, Jacob) (Entered: 04/26/2026) |
| 04/28/2026 | | 248 | PAPERLESS NOTICE OF RESETTING HEARING as to Alfred Davis. **DATE AND TIME CHANGE.** Due to a criminal scheduling conflict, the sentencing hearing in this case is reset for **5/13/2026 at 3:00 p.m.** in the Fort Pierce Division before Judge Aileen M. Cannon. **\*Counsel please note the change to your files.** (sm1) (Entered: 04/28/2026) |
| 05/01/2026 | | 252 | FINAL Addendum 1 Disclosure of Presentence Investigation Report of Alfred Davis. This is a limited access document. Report access provided to attorneys Mitchell Evan Hyman, Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen by USPO (Attachments: # 1 Addendum)(mmn2) (Entered: 05/01/2026) |
| 05/06/2026 | ⊣⅗ | 256 | Motion to Disagree with Attorney Objections Motion to the Presentencing Investigation and Motion to Dismiss this Case by Alfred Davis. Responses due by 5/20/2026. (wce) (Entered: 05/06/2026) |
| 05/08/2026 | | 260 | SENTENCING Memorandum and Response by USA as to Alfred Davis, Cher Davis, Gino Jourdan, Latoya Clark, James McGhow re 247 Defendant's MOTION for Downward Departure *ALFRED DAVIS SENTENCING MEMORANDUM AND REQUEST FOR A DOWNWARD VARIANCE*, 243 Sentencing Memorandum, 233 Sentencing Memorandum, 218 Sentencing Memorandum, 259 Sentencing Memorandum,, 236 MOTION for Downward Departure (Gyires, Marton) (Entered: 05/08/2026) |
| 05/11/2026 | ⊣⅗ | 261 | MOTION to Withdraw as Attorney *[CJA Counsel]* by Jacob A. Cohen, Esq. for / by Alfred Davis. Responses due by 5/26/2026. (Cohen, Jacob) (Entered: 05/11/2026) |
| 05/12/2026 | | 262 | Supplemental NOTICE *of Filing [Clarifying Two Points in the Sentencing Memorandum in DE 247* by Alfred Davis (Cohen, Jacob) (Entered: 05/12/2026) |
| 05/13/2026 | | 265 | FINAL Addendum 2 Disclosure of Presentence Investigation Report of Alfred Davis. This is a limited access document. Report access provided to attorneys Mitchell Evan Hyman, Jonathan Bailyn, Katie L. Wilson, Jacob Alain Cohen by USPO (Attachments: # 1 Addendum, # 2 Second Addendum)(mmn2) (Entered: 05/13/2026) |
| 05/13/2026 | ⊣⅗ | 266 | MOTION Leave to File Amicus Brief as to Alfred Davis by Maurice Symonette. Responses due by 5/27/2026. (Attachments: # 1 Amicus Brief)(wce) (Main Document 266 replaced on 5/13/2026) (wce). (Attachment 1 replaced on 5/13/2026) (wce). (Entered: 05/13/2026) |
| 05/13/2026 | | 267 | Clerk's Notice of Docket Correction re 266 MOTION for Leave to File Amicus Brief. **Correction** Other. The Clerk has replaced the Documents with the Corrected Documents. (Attachments: # 1 Amicus Brief) (wce) (Entered: 05/13/2026) |

Case 9:25-cr-80076-AMC   Document 274   Entered on FLSD Docket 05/15/2026   Page 20 of 20

| 05/13/2026 |  | 268 | ORDER DENYING 194 DEFENDANT ALFRED DAVIS'S RULE 33 MOTION FOR NEW TRIAL AND 193 RENEWED RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL. Signed by Judge Aileen M. Cannon on 5/13/2026. *See attached document for full details.* (wce) (Entered: 05/13/2026) |
| 05/13/2026 | ⬚ | 269 | AMENDED Motion for Leave to File to File Amicus Brief by Maurice Symonette as to Alfred Davis. Responses due by 5/27/2026. (Attachments: # 1 Amicus Brief)(wce) (Entered: 05/13/2026) |